**Brett H. Klein, Esq., PLLC**
305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132  F: (212) 335-0571

July 20, 2016

**BY ECF**

The Honorable Peggy Kuo
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Jeffrey Mack v. City of New York, et al.</u>, 14 CV 4829 (WFK)(PK)

Dear Magistrate Judge Kuo:

    I represent the plaintiff in the above-referenced civil rights action. I write on behalf of the parties to confirm that they have reached an agreement in principle to settle this action. We ask that all deadlines and proceedings be adjourned *sine die* pending the consummation of the settlement and the filing of a stipulation of discontinuance.

    Thank you for you for your assistance to the parties.

                                                        Respectfully,

                                                        /s/ Brett Klein

                                                        Brett H. Klein

cc:    David Cooper, Esq. (by ECF)