UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

JEFFREY MACK,

                                        Plaintiff,

-against-

CITY OF NEW YORK, MAURICE O'CONNOR,
Individually, TIMOTHY RIZZO, Individually, ANTHONY
CANALE, Individually, JOSEPH ALGERIO, Individually,
CONNIE DUNCAN, Individually, CLARENCE HOPKINS,
Individually, and JOHN DOE and JOHN DOE 2, Individually,
(the names John Doe being fictitious, as the true names are
presently unknown),

                                                  Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14-CV-4829 (WFK) (PK)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       August 1, 2016

BRETT H. KLEIN, ESQ., PLLC
*Attorneys for Plaintiff*
305 Broadway, Ste. 600
New York, NY 10007

By: _____
    Brett H. Klein
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York, Hopkins, Algerio, Duncan, O'Connor, Rizzo, and Canale*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    David Cooper
    *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: _____, 2016